U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED- LAFAYETTE

APR 2 1 2009

TONY R. MOORE, CLERK
BY _____
          DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

MELVIN M. CAMBRICE, III                    CIVIL ACTION NO. 08-1342
    LA. DOC #374834
VS.                                        SECTION P
                                           JUDGE DOHERTY
LCS CORRECTIONS SERVICES,
ET AL.                                     MAGISTRATE JUDGE METHVIN

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge

filed previously herein, noting the absence objections thereto, and concurring with the

Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH**

**PREJUDICE** as frivolous and for failing to state a claim for which relief might be granted

pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day

of _____, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE